## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Krystyna Scehura

                     Plaintiff,

v.                                                     Case No.: 1:14–cv–08838
                                                                Honorable Robert M. Dow Jr.

Kovitz Shifrin Nesbit, P.C

                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, December 10, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant Kovitz Shifrin Nesbit, P.C to dismiss pursuant to Rule 12(b)(6) [11] is taken under advisement; response due by 1/5/2015; reply due by 1/19/2015; ruling will be by mail. Leave is granted to file appearance of Mark T. Lavery as additional counsel for Plaintiff. Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.