# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Krystyna Scehura

                            Plaintiff,

v.                                                       Case No.: 1:14–cv–08838
                                                               Honorable Elaine E. Bucklo

Kovitz Shifrin Nesbit, P.C

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's (Agreed) Motion to withdraw it's motion to dismiss plaintiffs' amended complaint [29] is granted. Defendant's Motion to dismiss [11] is withdrawn. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.