## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Krystyna Scehura

                    Plaintiff,

v.                                      Case No.: 1:14–cv–08838
                                                    Honorable Elaine E. Bucklo

Kovitz Shifrin Nesbit, P.C

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2015:

       MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 5/15/2015 regarding motion to quash [35] and continued to 5/22/2015 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.