## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Krystyna Scehura

                    Plaintiff,

v.                                             Case No.: 1:14–cv–08838
                                                        Honorable Elaine E. Bucklo

Kovitz Shifrin Nesbit, P.C

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's Motion to quash plaintiff's third−party subpoena duces tecum [35] and Plaintiff's first motion to compel discovery and for leave to propound additional discovery [38] are taken under advisement. Plaintiff's Motion for additional time to amend complaint and add additional parties [40] is granted. Responses to be filed by 5/29/2015. Ruling before Honorable Elaine E. Bucklo on 6/5/2015 at 9:30 AM. No appearance is required on 5/22/2015. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.