UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Krystyna Scehura

                Plaintiff,

v.                                            Case No.: 1:14–cv–08838
                                            Honorable Elaine E. Bucklo

Kovitz Shifrin Nesbit, P.C

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2015:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to quash third party subpoena [35] is granted. At this juncture, the information sought appears to be irrelevant. Plaintiffs' motion to compel [38] is granted in part. Defendant shall produce identifying information as to all members of the certified, up until the present date. Defendant shall also produce an organizational chart. Plaintiffs' motion is otherwise denied. Plaintiffs motion for summary judgment [45] is taken under advisement. Defendant has until 6/29/2015 to respond to the motions for summary judgment. Replies are due 7/15/2015. Ruling before Honorable Elaine E. Bucklo set for 8/28/2015 at 9:30 AM. No appearance is required on 6/5/2015. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.